IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER S. RIDER,

      Plaintiff,                      No. 2:09-cv-00637 MCE DAD P

      vs.

PARENTE, et al.,                    <u>ORDER</u>

      Defendants.

                               /

         On January 3, 2011, plaintiff filed a motion for reconsideration of the magistrate judge's order filed December 22, 2010, granting defendants an extension of time to file a responsive pleading. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///
///
///
///
///

1

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's January 3, 2011, motion for reconsideration (ECF No. 22) is denied; and

2. The order of the magistrate judge filed December 22, 2010, is affirmed.

IT IS SO ORDERED.

Dated: March 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE